1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Roberto Calderon Araiza

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JAN M. ADLER)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08MJ0173 |
| 12              Plaintiff, | ) | |
| 13 v. | ) | **CERTIFICATE OF SERVICE** |
| 14 ROBERTO CALDERON ARAIZA, | ) | |
| 15              Defendant. | ) | |

17 Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18 U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

20 Respectfully submitted,

22 DATED:     January 28, 2008            /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
23 Federal Defenders of San Diego, Inc.
Attorneys for Roberto Calderon Araiza