AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ROBERTO CALDERON ARAIZA  *Calderon*

WAIVER OF INDICTMENT

CASE NUMBER: 08CR0387-BTM

**FILED**
APR 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, ROBERTO CALDERON ARAIZA, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/11/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Roberto Araiza Calderon*
ROBERTO CALDERON ARAIZA
Defendant

*[signature]*
Elizabeth M. Barros
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER